UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY HALLETT,

        Plaintiff,

   v.

ARMOR MINI STORAGE,

        Defendant.

No. 2:13-cv-1620 MCE CKD PS

ORDER AND ORDER TO SHOW CAUSE

     Plaintiff is proceeding in this action pro se. Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 302(c)(21).

     Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

     In the complaint, plaintiff complains about actions taken by a storage company. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this

/////

1

1 action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will
2 result in a recommendation that the action be dismissed.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;
5     2.  No later than August 28, 2013, plaintiff shall show cause why this action should not
6 be dismissed for lack of subject matter jurisdiction.
7 Dated:  August 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11 4 hallett1620.ifp.nosmj