UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY HALLETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMOR MINI STORAGE,<br><br>　　　　　Defendant. | No. 2:13-cv-1620 MCE CKD PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed August 13, 2013, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has filed a response to the order to show cause. ECF No. 4.

In the complaint, plaintiff complains about actions taken by a storage company. There is no basis for either diversity or federal question jurisdiction evident in the complaint. The document filed by plaintiff in response to the order to show cause fails to demonstrate a proper basis for subject matter jurisdiction.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of subject matter jurisdiction.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

1 objections with the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
4 <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5 Dated:  September 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 hallett1620.nosmj